# EXHIBIT I

# Representative Samples of Taylor Swift Merchandise

APPAREL



 
 
 

2

ACCESSORIES






3